# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2004-11,<br><br>        Plaintiff,<br><br>vs.<br><br>THE SKY VISTA HOMEOWNERS ASSOCIATION, *et al.*,<br><br>        Defendants. | Case No.: 3:15-CV-00390-RCJ<br><br>ORDER |

    Before the Court is the parties Stipulation Extending the Deadline to File Dispositive Motions [First Request] (ECF No. 77). Accordingly,

    IT IS HEREBY ORDERED the Stipulation Extending the Deadline to File Dispositive Motions [First Request] (ECF No. 77) is GRANTED.

    IT IS FURTHER ORDERED that the parties shall have until December 13, 2019 to file dispositive motions.

IT IS FURTHER ORDERED that Calendar Call currently set for 10:00 A.M., Tuesday, January 21, 2020 is VACATED and RESCHEDULED to 10:00 A.M., Monday, July 6, 2020, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS FURTHER ORDERED that the Jury Trial currently set for 8:30 A.M., February 24, 2020 is VACATED and RESCHEULED to 8:30 A.M., Monday, July 20, 2020, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS SO ORDERED this 5th day of December, 2019.

_____
ROBERT C. JONES