**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Indenture Trustee for the Registered Holders of IMH ASSETS CORP., Collateralized Asset-Backed Bonds, Series 2004-11,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SKY VISTA HOMEOWNERS ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company; DOE INDIVIDUALS I-X inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 3:15-cv-00390-RCJ-VPC<br>USCA No. 17-15977<br><br>**ORDER TO EXTEND BRIEFING SCHEDULE RELATED TO TWO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

COME NOW Defendant THE SKY VISTA HOMEOWNERS ASSOCIATION ("Sky Vista"), Defendant AIRMOTIVE INVESTMENTS, LLC ("Airmotive"), and Plaintiff WELLS FARGO BANK, N.A., AS TRUSTEE ("Wells Fargo"), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On December 12, 2019, Airmotive filed its Motion for Summary Judgment (ECF 79) ("Airmotive's MSJ").

2. A response to Airmotive's MSJ is currently due on or around January 2, 2020.

3. On December 13, 2019, Wells Fargo filed its Second Motion for Summary Judgment (ECF 80) ("Wells Fargo MSJ").

4. A response to Wells Fargo MSJ is currently due on or around January 3, 2020.

1

5. Since the filing of said motions and due to the Christmas, Hanukkah, and New Year's Day holidays, the parties and counsel have spent significant time on family obligations outside of the office, detracting from the time available to respond.

6. The parties stipulate to and request that Wells Fargo be granted an extension until January 17, 2020 to respond to Airmotive's MSJ. Airmotive shall have until January 27, 2020 to file a Reply.

7. The parties stipulate to and request that Sky Vista and Airmotive be granted an extension until January 17, 2020 to respond to the Wells Fargo MSJ. Wells Fargo shall have until January 27, 2020 to file a Reply.

8. This Stipulation is made in good faith and not for purposes of delay.

**IT IS SO ORDERED.**

Dated January 16, 2020.

_____
UNITED STATES DISTRICT JUDGE