DARREN BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A., as Indenture Trustee for the Registered Holdings of IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2004-11*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2004-11,<br><br>Plaintiff,<br><br>vs.<br><br>THE SKY VISTA HOMEOWNERS ASSOCIATION; TBD, LLC; TBR I, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants, | Case No. 3:15-cv-00390-RCJ-VPC<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Brett Coombs Esq., is no longer associated with the law firm of Akerman LLP and requests that Mr. Coombs be removed from the service list.

/ / /

/ / /

/ / /

/ / /

53048361;1

1

Akerman LLP continues to serve as counsel for Wells Fargo Bank, N.A., as Indenture Trustee for the Registered Holdings of IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2004-11. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Darren Brenner Esq. and Jamie K. Combs, Esq.

DATED this 8th day of May, 2020

**AKERMAN LLP**

*/s/ Jamie K. Combs*
DARREN BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

**COURT APPROVAL**

IT IS SO ORDERED.

Date:_____
May 14, 2020.

_____
UNITED STATES DISTRICT JUDGE
Case No. 3:15-cv-00390-RCJ

2

53048361;1